UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENG MAWIEN,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY MALFI, Warden,<br><br>    Respondent. | Case No. EDCV 05-1018 VBK(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///
///
///
///
///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the |
| 2 | United States Magistrate Judge's Report and Recommendation, and the Judgment |
| 3 | herein on petitioner and on counsel for respondent. |
| 4 | LET JUDGMENT BE ENTERED ACCORDINGLY. |

DATED: 11-5-08

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE