1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DENG MAWIEN,

             Petitioner,

        v.

ANTHONY MALFI,

             Respondent.

Case No. EDCV 05-1018 VBF(JC)

(PROPOSED)
JUDGMENT

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: _____11-5-08_____

_____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE